ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for BMW Financial Services NA, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CLAYTON R. FREEMAN,<br><br>Plaintiff,<br><br>v.<br><br>BMW FINANCIAL SERVICES NA, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:20-cv-01355-JCM-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Clayton R. Freeman (**Freeman**) and BMW Financial Services NA, LLC (**BMW**), hereby stipulate and agree that BMW shall have an additional seven (7) days, up to and including **September 25, 2020**, to file its response to the plaintiff's complaint, which is currently due on September 18, 2020. The complaint was filed on July 22, 2020.

Good cause exists to grant the requested extension.  BMW requested the extension from Freeman so that the parties could explore settlement options.

. . .

. . .

. . .

. . .

. . .

{54657966}

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 18th day of September, 2020.

| **AKERMAN LLP** | **KIND LAW** |
|---|---|
| /s/ Jamie K. Combs | /s/ Michael Kind |
| ARIEL E. STERN, ESQ. | MICHAEL KIND, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 13903 |
| JAMIE K. COMBS, ESQ. | 8860 S. Maryland Parkway, Suite 106 |
| Nevada Bar No. 13088 | Las Vegas, NV 89123 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, NV 89134 | *Attorney for Clayton R. Freeman* |
| | |
| *Attorneys for BMW Financial Services NA, LLC* | |

**IT IS SO ORDERED.**

_____

**UNITED STATES DISTRICT COURT JUDGE**

DATED: September 22, 2020

{54657966}            2